FILED

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

AUG -8 PM 1:50

CLERK, US DISTRICT COURT

CASE NO.: 2013-CA-004004
DIVISION: CV-G

DONALD HICKS,
an individual,

Plaintiff,

3:13-CV-963-J-99MMH-MCR

v.

STATE FARM FIRE AND CASUALTY COMPANY,
a foreign corporation,

Defendant.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DONALD HICKS, sues Defendant, STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company and alleges as follows:

1. This is an action for damages in excess of fifteen thousand dollars ($15,000.00) exclusive of costs and attorneys fees.

2. At all times material to this cause, Plaintiff, DONALD HICKS, was and is a resident of Jacksonville, Duval County, Florida and are otherwise sui juris.

3. At all times material, Defendant, STATE FARM FIRE AND CASUALTY COMPANY, was and is a foreign corporation duly licensed to transact insurance business in the State of Florida and more specifically in Jacksonville, Duval County, with its resident agent being served through The Honorable Kevin M. McCarty, Insurance Commission, The Capital, Tallahassee, Florida.

4. Venue is proper in Duval County pursuant to § Fla. Stat. 47.051.

5. On or about September 28, 2011, the at-fault driver, Melanie Reaves, was the driver

and owner of a vehicle, which involved in an accident at or near State Road 200 in Nassau County, Florida.

6. At that time and place, the at-fault driver, Melanie Reaves, negligently operated and maintained her motor vehicle so that it collided with the vehicle being driven by the Plaintiff, DONALD HICKS.

7. Defendant, STATE FARM FIRE AND CASUALTY COMPANY issued a policy of insurance to Plaintiff, DONALD HICKS, under Policy Number **AP 1282387**, which provided uninsured/underinsured motorist coverage.

8. The policy was in force and effect on September 28, 2011, when Plaintiff, DONALD HICKS, was seriously injured in the aforesaid motor vehicle accident.

9. Plaintiff gave notice of the claims covered under the uninsured motorist provisions of the above-referenced policy and has fulfilled all conditions precedent to recovery under the policy.

10. Plaintiff settled with the underlying tortfeasor for their policy limits of $25,000.00 with the consent and permission of Defendant, STATE FARM FIRE AND CASUALTY COMPANY.

11. Plaintiff made demand for all policy limits under the policy, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, has not tendered those policy limits as demanded and continues to withhold payment of the uninsured policy limits to which the Plaintiff is entitled under the policy of insurance and Florida law.

12. Defendant, STATE FARM FIRE AND CASUALTY COMPANY, has breached its automobile insurance policy and its duties to the Plaintiff by failing and refusing to pay the

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

uninsured/underinsured motorist benefits timely as demanded by Plaintiff.

13. As a direct and proximate result of the motor vehicle accident, Plaintiff, DONALD HICKS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are permanent and continuing and include, but are not limited to, one or more of the following: (A) significant and permanent loss of an important bodily function; (B) permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement; (C) significant and permanent scarring and disfigurement. The Plaintiff has incurred these losses in the past and will suffer the losses in the future.

14. The damages claimed hereunder are covered under the uninsured/underinsured motorist provision of the policy issued by Defendant, STATE FARM FIRE AND CASUALTY COMPANY, and Plaintiff is entitled to recover those damages against Defendant, STATE FARM FIRE AND CASUALTY COMPANY.

**WHEREFORE**, Plaintiff, DONALD HICKS, demands judgment against Defendant, STATE FARM FIRE AND CASUALTY COMPANY, in excess of fifteen thousand dollars ($15,000.00).

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

## DEMAND FOR JURY TRIAL

Plaintiff, DONALD HICKS, hereby demands trial by jury on all issues herein.

OSSI, NAJEM & ROSARIO, P.A.

_____
LAWRENCE J. NAJEM
Florida Bar No. 0754803
1506 Prudential Drive
Jacksonville, FL 32207
(904) 399-0606
(904) 398-8988 Facsimile
sbrandt@onr-law.com
Attorney for Plaintiff

4